IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE IVAN LOPEZ, | Civil Action No. 08-1342 |
| Plaintiff, | |
| v. | Judge Terrence F. McVerry |
| | Magistrate Judge Lisa Pupo Lenihan |
| DAVID GRAINEY, et al.,, | |
| Defendants. | |

## **MEMORANDUM ORDER**

The above captioned complaint was received by the Clerk of Court on September 26, 2008, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation (Doc. No. 30), filed on June 30, 2009, recommended that Defendants' Motion to Dismiss the Amended Complaint (Doc. Nos. 10 and 13) be granted. Service was made on plaintiff at S.C.I. Greene. Plaintiff filed Objections to the Report and Recommendation (Doc. No. 31) on July 9, 2009. After review of the pleadings and documents in the case, together with the report and recommendation and the objections thereto, the following order is entered:

**AND NOW**, this 14th day of July, 2009;

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss is **GRANTED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (Doc. No. 30) of Magistrate Judge Lenihan, dated June 30, 2009, is adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that the Clerk shall mark this case as closed.

s/Terrence F. McVerry
United States District Judge

cc:     Lisa Pupo Lenihan
       U.S. Magistrate Judge

       Counsel of Record